# Court of Appeals
# of the State of Georgia

ATLANTA, December 05, 2014

*The Court of Appeals hereby passes the following order*

**A15D0148. IN THE INTEREST OF: D. E. M., A CHILD (FATHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1400100 1300125



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, December 05, 2014.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*